UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

FILED

2003 OCT 21  A 11: 01

DISTRICT COURT
HARTFORD CT

Lora Bethea, Angel Blackmon, Melecia Boswell,
Randolph Davis, Fabiola Derisme
Stephen Dunwell, Joanne Forde-Bennet,
Dara Gibbs, Kym Henry, Tyrone Henry,
Natalie Hibbert, Sharon Lowery-Moorer,
Diane Moffett, Sandra Moore, Ken Odeyemi,
Lloyd Powell, Rhonda Roberts, Shantrese Scott,
Gail Sheppard, Cherise Thomas, Jennifer Watson,
Angela Wright, Jannette Worthington
    PLAINTIFFS,

v.

Cendant Mobility Services Corporation
and Cendant Corporation
    DEFENDANTS.

Civil No. 302CV00592 (CFD)

October 10 ~~August~~ _____, 2003

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Lora Bethea and Defendants through their respective undersigned counsel, that the above captioned action be dismissed in its entirety, with prejudice, and with no award of attorneys' fees or costs by the Court to any Party.

Respectfully Submitted,

**ATTORNEY FOR PLAINTIFF**

PAES & PAES, LLC
4 Washington Avenue
Sandy Hook, CT 06482
Tel: (203) 270-6441

By: _____
Michael Paes

**ATTORNEYS FOR DEFENDANT**

JACKSON LEWIS LLP
55 Farmington Avenue, Suite 1200
Hartford, CT 06105
Tel: (203) 522-0404

By: _____
William Anthony

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was sent by regular mail, postage prepaid, on this 15th day of October, 2003 to the following counsel of record:

>Michael T. Paes
>Fern H. Paes
>Paes & Paes, LLC
>4 Washington Avenue
>Sandy Hook, CT 06482

_____
Tasos C. Paindiris