

UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT



| | |
|---|---|
| Lora Bethea, Angel Blackmon, Melecia Boswell, Randolph Davis, Fabiola Derisme Stephen Dunwell, Joanne Forde-Bennet, Dara Gibbs, Kym Henry, Tyrone Henry, Natalie Hibbert, Sharon Lowery-Moorer, Diane Moffett, Sandra Moore, Ken Odeyemi, Lloyd Powell, Rhonda Roberts, Shantrese Scott, Gail Sheppard, Cherise Thomas, Jennifer Watson, Angela Wright, Jannette Worthington PLAINTIFFS, | Civil No. 302CV00592 (CFD) |
| v. | |
| Cendant Mobility Services Corporation and Cendant Corporation DEFENDANTS. | October 10 AUGUST _____, 2003 |

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Lora Bethea and Defendants through their respective undersigned counsel, that the above captioned action be dismissed in its entirety, with prejudice, and with no award of attorneys' fees or costs by the Court to any Party.

ORDERED ACCORDINGLY
KEVIN F. ROWE
Clerk, U.S. District Court
By: _____
Deputy Clerk

Respectfully Submitted,

**ATTORNEY FOR PLAINTIFF**           **ATTORNEYS FOR DEFENDANT**

PAES & PAES, LLC                     JACKSON LEWIS LLP
4 Washington Avenue                  55 Farmington Avenue, Suite 1200
Sandy Hook, CT 06482                 Hartford, CT 06105
Tel: (203) 270-6441                  Tel: (203) 522-0404

By: _____                  By: _____
    Michael Paes                         William Anthony