UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

LORA BETHEA, ANGEL BLACKMON,
MELECIA BOSWELL, RANDOLPH DAVIS,
FABIOLA DERISME, STEPHEN DUNWELL,
JOANNE FORDE-BENNET, DARA GIBBS,
KYM HENRY, TYRONE HENRY, NATALIE
HIBBERT, SHARON LOWERY-MOORER,
DIANE MOFFETT, SANDRA MOORE, KEN
ODEYEMI, LLOYD POWELL, RHONDA
ROBERTS, SHANTRESE SCOTT, GAIL
SHEPPARD, CHERISE THOMAS, JENNIFER
WATSON, ANGELA WRIGHT and
JANETTE WORTHINGTON

V.                                              CASE NO. 3:02CV00592(AVC)

CENDANT MOBILITY SERVICES CORP.
and CENDANT CORP.

## JUDGMENT

Counsel of record having reported to the Court on September 23, 2003, that the above-entitled case has settled, and

The Plaintiff Lora Bethea and the defendants having filed a stipulation and order of dismissal with prejudice and the Clerk having ordered accordingly said stipulation; and

No closing papers having been filed to date by the remaining parties; it is hereby

ORDERED that this action be and is hereby dismissed as to the remaining parties without costs and without prejudice to the right of any of the remaining parties to move within 30 days to re-open the case if the settlement has not been consummated.

Dated at Hartford, Connecticut, this 31st day of October, 2003.

                                                KEVIN F. ROWE, CLERK

                                                By_____/s/ JW_____
                                                     Jo-Ann Walker
                                                      Deputy Clerk

EOD:_____